# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SANDRA PENNY on behalf of A.G.P., | Case No. 2:18-CV-01432- TSZ |
| *Plaintiff*, | ORDER FOR EAJA FEES AND EXPENSES |
| v. | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | |
| *Defendant*. | |

Based upon the stipulated motion of the parties, docket no. 22, it is hereby ORDERED that attorney fees in the total amount of $10,500.00, and expenses in the amount of $ 20.73 (for postage) be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010); and $5.00 in photocopying costs shall be awarded pursuant to 28 U.S.C. § 1920.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and the check for expenses shall be made payable to Plaintiff's attorney, Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney; and mailed to her office:

ORDER FOR EAJA FEES AND EXPENSES
2:18-CV-01432-TSZ

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland, OR
97219

Whether the check is made payable to Plaintiff, or to her attorney, Nancy J. Meserow, the check shall be mailed to Attorney Meserow at the address as indicated above.

Dated this 8th day of July, 2019.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER FOR EAJA FEES AND EXPENSES
2:18-CV-01432-TSZ

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788